# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

Jane Doe,

                    Plaintiff,

    v.

Equifax Information Services, LLC;       Case No. 26-cv-01616-JMB-EMB
Experian Information Solutions, Inc.;
Trans Union, LLC,                        **ORDER**

                    Defendants.

Based upon the Parties' joint stipulation granting Plaintiff's motion to proceed under pseudonym (Dkt. No. 30) and having considered Plaintiff's motion to proceed under pseudonym and for a protective order (Dkt. No. 8), this Court APPROVES the Stipulation (Dkt. No. 30) and GRANTS the motion (Dkt. No. 8).

Accordingly, **IT IS HEREBY ORDRED** that:

1.    Plaintiff may proceed under the pseudonym Jane Doe in this action;

2.    Plaintiff shall be referred to as "Jane Doe" on the docket, in all pleadings and other documents related to this litigation, and in all proceedings held before this Court, and documents containing Jane Doe's actual name, address, or personal identifiers shall be filed in redacted form; and

1

3.      Defendants are prohibited from publicly disclosing any personally identifying information that could lead to Plaintiff's identification in this action.

4.      The motion hearing set for April 23, 2026, is CANCELED.


Dated: April 21, 2026                    /s/ Elsa M. Bullard
                                         Hon. Elsa M. Bullard
                                         United States Magistrate Judge

2