## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

Jane Doe,

      Plaintiff,

v.

Equifax Information Services, LLC;
Experian Information Solutions,
Inc.; Trans Union, LLC,

      Defendant.

Case No. 26-cv-01616-JMB-EMB

**ORDER FOR
PRETRIAL CONFERENCE**

---

Pursuant to Rule 16(a) of the Federal Rules of Civil Procedure, a pretrial Zoom conference will be held on **June 12, 2026, at 2:00 p.m.,** before United States Magistrate Judge Elsa M. Bullard.  The Court will send an email with Zoom instructions prior to the date of hearing.

Counsel must meet before the scheduled pretrial conference pursuant to Rule 26(f) of the Federal Rules of Civil Procedure and Local Rule 26.1. No later than one week before the pretrial conference, the parties must prepare and file a joint Rule 26(f) Report in compliance with the rules using the attached Rule 26(f) template.

The parties' Rule 26(f) Report must include a proposed discovery plan as required by Rule 26(f) of the Federal Rules of Civil Procedure and Local Rule 26.1. The parties must review and address each of the matters set forth

in Rule 26(f)(3)(A)–(F) and design a discovery plan that is appropriate for the circumstances of this case. Note that Judge Bullard prefers deadlines fall on Tuesdays, Wednesdays or Thursdays. Counsel should review the Court's Guide, "Discussion of Electronic Discovery at Rule 26(f) Conferences: A Guide for Practitioners," available at: https://www.mnd.uscourts.gov/sites/mnd/files/eDiscovery-Guide.pdf. The discovery schedule and limitations included in the template are intended to guide the parties and will be useful in the ordinary case. However, the parties are encouraged to reach agreement upon, and suggest to the Court, a discovery plan that considers the unique circumstances of the individual case, and to modify the template whenever needed.

If the parties cannot reach agreement on a particular scheduling or discovery issue, they should set forth their separate positions in the Rule 26(f) Report for discussion at the pretrial conference.

In addition to the Rule 26(f) Report, **each party must email Magistrate Judge Bullard's chambers a confidential letter** (no more than 3 pages sent to bullard_chambers@mnd.uscourts.gov) setting forth what settlement discussions have taken place and whether the party believes an early settlement conference would be productive.

Lead counsel should be present for the conference and have authority to discuss all aspects of the Rule 26(f) Report and scheduling conference

topics. If this is not possible, substitute counsel with knowledge about the case and Report should be arranged.

If any party does not have counsel of record in this case, it is the responsibility of counsel for a represented party to immediately coordinate with unrepresented parties regarding this conference and the requirements set forth in this Order.

Failure by any party or counsel to comply with any part of this Order, including timely submission of the Rule 26(f) Report, may result in the postponement of the pretrial conference, an imposition of an appropriate sanction on the party, company, or attorney who failed to comply, or both.

Counsel should contact Magistrate Judge Bullard's Courtroom Deputy at 651-848-1620 with any concerns about the pretrial conference.

Date: April 23, 2026

*s/Elsa M. Bullard*
ELSA M. BULLARD
United States Magistrate Judge

3